AO 458 (Rev. 06/09) Appearance of Counsel

E-FILED
Thursday, 07 December, 2017 02:22:13 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| WENDY HARPER A/K/A WENDY SHCUCHHARDT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:17-CV-4295 |
| L&n ACCOUNTS, INC., ET. AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HY-VEE, INC., DEFENDANT                                                                                        .

Date:     12/07/2017

/S/ Cameron A. Davidson
*Attorney's signature*

Cameron A. Davidson, Lead Counsel
*Printed name and bar number*
Heninger and Heninger, P.C.
101 W. 2nd Street, Suite 501
Davenport, IA 52801-1815

*Address*

cdavidson@heningerlaw.com
*E-mail address*

(563) 293-9077
*Telephone number*

(563) 324-5808
*FAX number*