IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| WENDY HARPER, also knowns as WENDY SCHUCHHARDT, on behalf of plaintiff and the class members described below,<br><br>    Plaintiffs,<br><br>v.<br><br>L&M ACCOUNTS, INC,; DERGO LAW, P.L.L.C.; MICHAEL J. DERGO III; AND HY-VEE, INC.,<br><br>    Defendants. | Case No.:  4:17-cv-4295<br><br>Hon. Judge Sara Darrow<br><br>Mag. Judge Jonathan E. Hawley |

## HY-VEE'S CERTIFICATE OF INTEREST

The undersigned, counsel of record for Hy-Vee, Inc., furnishes the following pursuant to Local Rule 11.2, the undersigned is CDIL LR 11.3 of this court:

1. The full name of every party the attorney represents in this case:

   **HY-VEE, Inc.**

2. If such party or amicus is a corporation

   a. If such party is a corporation, its parent corporation: **Not Applicable**.

   b. If such party is a corporation, a list of corporation stockholders which are publicly held companies owning 10% or more of the stock of the party, if it is a publicly held company:

   **Not Applicable**.

3. The names of all law firms whose partners or associates appear for the parties or are expected to appear for the parties in this case:

   **Cameron A. Davidson, Lead Counsel**
   **Heninger and Heninger, P.C.**

**101 W. 2nd St., Ste. 501**
**Davenport, IA 52801-1815**
**Phone: 563-293-9077**

Dated:  December 7, 2017                    Respectfully submitted,

                                                                                                  By: */s/ Cameron A. Davidson*
Cameron Davidson
Heninger and Heninger, P.C.
101 W. 2nd St., Ste. 501
Davenport, IA 52801-1815
Office: 563-293-9077
Fax: 563-324-5808
Email: cdavidson@heningerlaw.com
ATTORNEY FOR HY-VEE, INC.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Hy-Vee's Certificate of Interest was served on all counsel of record in this lawsuit on December 7, 2017, via the District Court's electronic court filing system.

                                        By:    */s/ Cameron Davidson*
                                                  Attorney for Hy-Vee, Inc.