AO 458 (Rev. 06/09)  Appearance of Counsel

E-FILED
Thursday, 21 December, 2017  03:07:51 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| WENDY HARPER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:17-cv-04295 |
| L&M ACCOUNTS, INC. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HY-VEE, INC.

Date:    12/21/2017

NICOLE M. STRICKLER
*Attorney's signature*

NICOLE M. STRICKLER IL6298459
*Printed name and bar number*

MESSER STRICKLER, LTD.
225 W. WASHINGTON STREET, SUITE 575
CHICAGO, IL 60606

*Address*

NSTRICKLER@MESSERSTRICKLER.COM
*E-mail address*

(312) 334-3442
*Telephone number*

(312) 334-3473
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| WENDY HARPER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:17-cv-04295 |
| L&M ACCOUNTS, INC. et al | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  12/21/2017 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 Cathleen Combs, James Latturner, Daniel Edelman and Cameron Davidson ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

 N/A .

NICOLE M. STRICKLER
*Attorney's signature*

NICOLE M. STRICKLER IL6298459
*Printed name and bar number*

MESSER STRICKLER, LTD.
225 W. WASHINGTON STREET, SUITE 575
CHICAGO, IL 60606
*Address*

NSTRICKLER@MESSERSTRICKLER.COM
*E-mail address*

(312) 334-3442
*Telephone number*

(312) 334-3473
*Fax number*