IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| WENDY HARPER, also known as WENDY SCHUCHHARDT, on behalf of plaintiff and the class members described below,<br><br>        Plaintiff,<br><br>vs.<br><br>L&M ACCOUNTS, INC.;<br>DERGO LAW, P.L.L.C.;<br>MICHAEL J. DERGO III;<br>and HY-VEE, INC.;<br><br>        Defendants. | Case No.: 4:17-cv-4295 |

## MOTION FOR LEAVE TO FILE SUBSTITUTE APPEARANCE

NOW COMES the Defendant, Hy-Vee, Inc., by its attorneys, Messer Strickler, Ltd., and for its Motion to Substitute Counsel, state as follows:

1. Cameron A. Davidson seeks to withdraw his appearance on behalf of Defendant. *See* Exhibit A.

2. Defendant hired Messer Strickler, Ltd. as their new counsel of record who has entered an Appearance on behalf of all other defendants. See Dkt 10.

WHEREFORE, Defendant Hy-Vee, Inc. respectfully requests leave of this Honorable Court to withdraw the appearance of Cameron A. Davidson of Heninger and Heninger, P.C. as counsel of record for Hy-Vee, Inc. and to grant leave for Nicole Strickler of Messer Strickler, Ltd. to file an appearance and substitute in as counsel of record.

Respectfully submitted,

s/ Nicole M. Strickler
Nicole M. Strickler
IL Bar #6298459
Messer Strickler, Ltd.
225 W. Washington Street, Suite 575
Chicago, IL 60602
(312) 334-3442
(312) 334-3473 (FAX)
nstrickler@messerstrickler.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2017, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

                                                  s/ Nicole M. Strickler
                                                  Nicole M. Strickler
                                                  IL Bar #6298459
                                                  Messer Strickler, Ltd.
                                                  225 W. Washington Street, Suite 575
                                                  Chicago, IL 60602
                                                  (312) 334-3442
                                                  (312) 334-3473 (FAX)
                                                  nstrickler@messerstrickler.com
                                                  *Attorney for Defendants*