# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | |
|---|---|
| Wendy Harper a/k/a Schuchhardt ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:17-cv-4295 |
| L & M Accounts, Inc.; et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wendy Harper. a/k/a Wendy Schuchhardt, on behlaf of herself and the class members.

Date:   01/30/2018

/s/ Francis R. Greene
*Attorney's signature*

Francis R. Greene 6272313
*Printed name and bar number*

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603

*Address*

dedelman@edcombs.com
*E-mail address*

(312) 739-4200
*Telephone number*

(312) 419-0379
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Wendy Harper a/k/a Schuchhardt ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:17-cv-4295 |
| L & M Accounts, Inc.; et al ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  01/30/2018 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Francis R. Greene
*Attorney's signature*

Francis R. Greene 6272313
*Printed name and bar number*

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
*Address*

dedelman@edcombs.com
*E-mail address*

(312) 739-4200
*Telephone number*

(312) 419-0379
*Fax number*