IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| WENDY HARPER, also known as WENDY SCHUCHHARDT, on behalf of plaintiff and the class members described below,<br><br>Plaintiff,<br><br>vs.<br><br>L&M ACCOUNTS, INC.; DERGO LAW, P.L.L.C.; MICHAEL J. DERGO III; and HY-VEE, INC.;<br><br>Defendants. | Case No.: 4:17-cv-4295 |

## PROPOSED DISCOVERY PLAN

Counsel for Plaintiff, Wendy Harper, and counsel for Defendants, L&M Accounts, Inc., Dergo Law, PLLC, Michael J. Dergo III, and Hy-Vee, Inc., having met on January 30, 2018 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): February 13, 2018

2. Amendment of the pleadings: June 15, 2018

3. Joining additional parties: June 15, 2018

4. Close of fact discovery: August 16, 2018

5. Disclosure of Plaintiff's experts: August 16, 2018

6. Disclosure of Plaintiff's expert reports: August 16, 2018

7. Plaintiff's experts deposed by: September 4, 2018

8. Disclosure of Defendant's experts: October 11, 2018

9. Disclosure of Defendant's expert reports:  October 31, 2018

10. Defendant's experts deposed by:  November 15, 2018

11. Completion of all discovery: November 15th, 2018

12. Dispositive motions: December 15, 2018

Respectfully submitted,

**L&M ACCOUNTS, INC.**
**DERGO LAW, P.L.L.C.**
**MICHAEL J. DERGO III**

/s/ Nicole M. Strickler
Nicole M. Strickler
IL Bar #6298459
Messer Strickler, Ltd.
225 W. Washington Street, Suite 575
Chicago, IL 60606
(312) 334-3442
(312) 334-3473 (FAX)
nstrickler@messerstrickler.com
*Attorney for Defendant*


/s/ Francis R. Greene
Francis R. Greene
EDELMAN COMBS LATTURNER &
GOODWIN LLC
Suite 1500
20 South Clark Street
Chicago, IL 60603
312-739-4200
Fax: 312-419-0379
Email: courtecl@edcombs.com
*ATTORNEY TO BE NOTICED*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2018, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

s/ Nicole M. Strickler
Nicole M. Strickler
IL Bar #6298459
Messer Strickler, Ltd.
225 W. Washington Street, Suite 575
Chicago, IL 60606
(312) 334-3442
(312) 334-3473 (FAX)
nstrickler@messerstrickler.com
*Attorney for Defendant*
